IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONG RAN and**
**DEJING SU,**

    **Plaintiffs,**

v.                              Case No. 1:18cv112-MW/GRJ

**ALACHUA COUNTY FIRE**
**RESCUE and NORTH FLORIDA**
**REGIONAL MEDICAL CENTER,**

    **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiffs' objections to the report and recommendation, ECF Nos. 5 and 6. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiffs' objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on July 18, 2018.**

                                              s/ **MARK E. WALKER**
                                              **Chief United States District Judge**